JOSETTE FERRARO, an Infant, by Her Guardian ad Litem, JOSEPH FERRARO, Respondent, et al., Plaintiff, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant, et al., Defendant.—

Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.